*EXHIBIT A*

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Department of Justice (Drug Enforcement Administration) | Katherine Tavarez, 2103 Vyse Ave., # 2E, Bronx, NY 10460 Attorney: Joel Berger, Esq., 675 3rd Ave., 8th Fl., New York, NY 10017 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 09/24/1991 | Engaged | 03/18/2020 | 6:25 A.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Wrong Door entry by numerous DEA officers with guns drawn pointed at Claimant in her nightgown, ordering her to get down on the floor and handcuffing her. The officers were looking for someone in apt. 2G, two doors away, and barged into apt. 2E by mistake. They terrorized claimant, her fiancee (a NYPD officer) and three young children ages 9, 7 and 2. Shortly before the officers' mistaken entry into apt. 2E a neighbor (apt. 2H) had clearly directed the officers to apt. 2G. After realizing their mistake the DEA officers left and did not even apologize, and went to apt. 2G. All units including apts. 2E and 2G are clearly marked.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

None

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

None

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Severe emotional and psychological injury

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Mercedes Diaz | 2103 Vyse Ave., # 2H, Bronx, NY 10460 |

12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| | $5,000,000 | | $5,000,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| [signature] Attorney for claimant | (917) 533-0593 | 07/02/2020 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15.** Do you carry accident Insurance? [ ] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. [ ] No

Not Applicable (N/A)

**16.** Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? [ ] Yes [ ] No   **17.** If deductible, state amount.

N/A

**18.** If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).

N/A

**19.** Do you carry public liability and property damage insurance? [ ] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). [ ] No

N/A

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

**Complete all items - Insert the word NONE where applicable.**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

**(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) **BACK**

Katherine Tavarez

2103 Vyse Ave Apt 2E

Bronx NY 10460

(646)436-0941

On the morning of Wednesday March 18, 2020 at approximately 6:25am I was woken up by loud banging on my apartment door. As I got out of bed to see what was going on, I hear Robert my fiancee telling someone "I'm going to open the door but I am an NYPD officer and I am armed". Robert at the time was actually having breakfast to get ready to head off for work. I was very confused and thought that maybe someone was trying to break in, as I come around into the living room I see some men pull Robert outside to the hallway. Approximately seven men or more immediately enter my home with guns drawn pointing at me. I froze, because I was so afraid I have never had anyone barge into my home like that and have several weapons pointing at me one of them which was an assault rifle of some kind, not really sure the name but very intimidating. As one of the men ordered me to get on the ground and lay on my stomach, I saw two men walk past me into the rest of my home where the bedrooms were. I immediately thought about my children who were sleeping back there and hoping that these men wouldn't scare them.

As i laid on the floor, one man handcuffed me and then ordered me "to sit on my ass", I had a hard time doing so while being handcuffed so he pulled me up on my feet from the floor. During all of this I had no idea what was going on, and then it came to me that these people most likely had the wrong apartment. I was so shaken up and upset that I couldn't even ask any questions, I just stood there crying in my night gown while several men just looked at me. It was a feeling of complete violation of privacy, and feeling extremely vulnerable.

Everyone was basically kind of standing around waiting for the men in the bedrooms to finish their search, as I am standing there handcuffed there is a man with some papers in his hand and he takes a look at them then ask "what apartment is this?" Robert who is in the hallway

tells him its 2E, and he realized they have just come into the wrong apartment they meant to go into 2G which is two doors down. He lets all the men know that they need to go and out from the back bedrooms come the two men who were searching back there, and all they say is "kids are still sleeping" and walk out. Some other guys comes and takes the handcuffs off and everyone just walks out, the whole ordeal lasted no more than 10min I believe they left my home at about 6:35 am.

It was very upsetting that after their error, not one of them apologized to me for searching my home, for pointing guns at me, for handcuffing me, for violating my privacy and my rights when I had not done anything and didn't even get an explanation for anything. Shortly after Robert left for work at around 6:40 where he saw the same men busting into what I guess now was the right apartment, and I was left in a complete state of shock and anxious for the rest of the day and days after that. While at work Robert called me multiple times to ask if I was okay and because he just couldn't stop thinking about what happened.

When my 7 year old daughter woke up later on that day, she asked me who were the men in her room pointing a bright flashlight to her face. She told me she heard the man say "there are two kids sleeping in here".

Later on that same day one of my neighbors knocked on my door to ask if everything was okay since she heard and saw through her peep hole the commotion in the hallway. She informed me that those same men knocked on her door at around 5 am with a picture of a woman asking if she had seen her before. She told them yes, that the woman they are looking for lives right next door to her and she pointed to the door, therefore she said she was confused as to why they would come banging on my door which is on the other side of the hallway. My apartment door is clearly labeled 2E, so I am not sure how none of those men noticed they were about to enter the wrong apartment.

The way those men dealt with the situation that morning was completely unprofessional and irresponsible, the problem was not only that they disrupted my life and invaded my privacy with

something that had nothing to do with anyone in my home but that they felt that we didn't deserve an apology or explanation of any kind.

July 1, 2020

Katherine Tavarez
2103 Vyse Ave Apt 2E
Bronx, NY 10460
646-436-0941

To whom it may concern,

I, Katherine Tavarez hereby authorize Joel Berger, Esq., an attorney duly admitted to practice law in New York State and in the United States District Court for the Southern District of New York, to sign a notice of claim on my behalf claiming damages for the illegal entry into my dwelling by Drug Enforcement Administration officers on March 18, 2020.

Sincerely,

Katherine Tavarez