*EXHIBIT C*



