

U.S. Department

United States
Southern Dis

86 Chambers Stree
New York, New Yor

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/2021

March 2, 2021

VIA ECF
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Tavarez, et al. v. United States of America, et al.*, 21 Civ. 244 (AT)

Dear Judge Torres:

    This Office represents the United States of America and Drug Enforcement Agency (collectively, the "Government") in the above-referenced action. We write, jointly with Plaintiffs' counsel, to respectfully request that this matter be referred to Magistrate Judge Stewart D. Aaron for a settlement conference.[1] The parties have made preliminary progress on their settlement discussions, and believe that a settlement conference may assist them in reaching a resolution of this matter.

    In light of this request, the parties seek a six-week adjournment of the initial pretrial conference scheduled for March 16, 2021, and a corresponding extension of time for the joint letter and proposed case management plan currently due on March 9, 2021 (i.e., until April 27, 2021 and April 20, 2021, respectively), in order to provide sufficient time for settlement proceedings before Judge Aaron. The Government also respectfully requests a six-week extension of time to respond to the Complaint (i.e., from March 16, 2021 until April 27, 2021), to give the parties time to discuss an amicable resolution of this matter. Plaintiffs consent to the extension, and this is the parties' first request to adjourn or extend deadlines in this matter.

GRANTED. The initial pretrial conference schedule for March 16, 2021, is ADJOURNED to **April 27, 2021**, at **10:20 a.m.** By **April 20, 2021**, the parties shall submit their joint letter and proposed case management plan.

By **April 27, 2021**, the Government shall answer or otherwise respond to the complaint.

SO ORDERED.

Dated: March 3, 2021
      New York, New York

*signature*

ANALISA TORRES
United States District Judge