USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KATHERINE TAVAREZ and ROBERT BATISTA CAMPUSANO,

                Plaintiffs,

                v.

UNITED STATES OF AMERICA, *et al.*,

                Defendants.

21 Civ. 244 (AT) (SDA)

**STIPULATION AND ORDER OF SETTLEMENT AND DISMISSAL**

WHEREAS, on January 12, 2021, Plaintiffs Katherine Tavarez and Robert Batista Campusano (collectively, "Plaintiffs") filed a complaint (the "Complaint") commencing the above-captioned action (the "Action") against the United States of America (the "United States"), Drug Enforcement Administration ("DEA"), and ten unnamed individual DEA agents ("Individual Federal Defendants"), asserting claims under the Federal Tort Claims Act ("FTCA") and claims under *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 399 (1971), in connection with events that occurred on March 18, 2020;

WHEREAS, Plaintiffs have decided to voluntarily dismiss with prejudice all claims against the Individual Federal Defendants and DEA, and all claims against the United States other than the claim under the FTCA ("FTCA Claim"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and all parties who have appeared in the Action consent to such dismissal; and

WHEREAS, Plaintiffs and the United States (the "Parties") desire to resolve the FTCA Claim, the sole remaining claim in this Action, and to obtain an order from the Court encompassing the terms of said settlement;

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the Action shall be resolved as follows:

1. This Action is hereby dismissed as against all Defendants with prejudice, and without costs, interest, expenses, attorneys' fees, or disbursements to any party, except as specified in paragraph 3 of this Stipulation and Order of Settlement and Dismissal (the "Stipulation and Order").

2. This Stipulation and Order is not, is in no way intended to be, and should not be construed as, an admission of liability or fault on the part of the United States or any of its present or former departments, agencies, agents, officials or employees, nor any of the Defendants in this Action. This Stipulation and Order is entered into by the Parties for the purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

3. The United States agrees to pay to Plaintiffs the sum of one hundred forty thousand dollars ($140,000) (the "Settlement Amount") in connection with the FTCA Claim, as follows: Katherine Tavarez, eighty-four-thousand dollars ($84,000); Robert Batista Campusano, fifty-six-thousand dollars ($56,000). As Plaintiffs have agreed to voluntarily dismiss all other claims against all Defendants with prejudice and without payment, no portion of the Settlement Amount is attributable to any claim other than the FTCA Claim. The Settlement Amount is inclusive of all costs or attorneys' fees of any kind, in accordance with 28 U.S.C. § 2678, and any and all liens and fees are to be satisfied by Plaintiffs out of the Settlement Amount and not in addition thereto. Pursuant to 28 U.S.C. § 2678, counsel for Plaintiffs may not charge, demand, receive, or collect fees amounting to greater than twenty-five percent (25%) of the Settlement Amount.

4. Plaintiffs and their heirs, executors, administrators, or assigns agree to accept the Settlement Amount in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of any kind, whether known or unknown, that they may have or hereafter acquire against the United States or any of its present or former departments, agencies, agents, officials,

or employees, including but not limited to all of the Defendants in this Action, on account of the events, circumstances or incidents giving rise to this Action and all claims incident thereto, including but not limited to any such claims asserted by Plaintiffs in their Complaint. Plaintiffs hereby expressly release and forever discharge the United States and any of its present or former departments, agencies, agents, officials, or employees, including but not limited to all of the Defendants in this Action, from any and all claims and liabilities arising directly or indirectly from the events, circumstances, or incidents giving rise to this lawsuit and all claims incident thereto, including but not limited to any claims asserted by Plaintiffs in the Complaint. Plaintiffs and their heirs, executors, administrators or assigns further agree to reimburse, indemnify and hold harmless the United States and any of its present or former departments, agencies, agents, officials, or employees from and against any and all such causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of claims by Plaintiffs or their guardians, heirs, executors, administrators or assigns against any third party or against the United States.

5.    Plaintiffs understand that taxes will not be withheld from the Settlement Amount. Plaintiffs represent and warrant that they shall assume all responsibility for, and shall protect, indemnify, defend and hold harmless the United States, including its present or former departments, agencies, agents, officials, and employees, including but not limited to all of the Defendants in this Action, from and against any and all claims, losses, liens, damages, liability, suits, actions, judgments, costs, penalties, and expenses resulting from any liability or claim of liability for any amounts assessed by or due to any federal, state, or local government or agency thereof, including, but not limited to, any liens of any kind (including but not limited to workers'

compensation liens, medical liens, child support liens), and federal, state, and local taxes, if any, owed in connection with the payment of the Settlement Amount to Plaintiffs.

6. This Stipulation and Order shall be binding upon and inure to the benefit of the Parties and their principals, agents, representatives, heirs, successors, and assigns. The persons signing this Stipulation and Order warrant and represent that they possess full authority to bind the persons on whose behalf they are signing to the terms of the Stipulation and Order.

7. The terms of this Stipulation and Order shall become effective upon entry of this Stipulation and Order by the Court. Payment of the Settlement Amount shall be made to Plaintiffs only after execution by the Parties and entry by the Court of this Stipulation and Order. If not approved and entered by the Court, this Stipulation shall be null and void, with no force or effect.

8. Payment of the Settlement Amount shall be made by the United States by electronic funds transfer/deposit to an account in the name of Joel Berger, counsel for Plaintiffs, using bank routing information to be supplied by counsel for Plaintiffs. Plaintiffs' counsel agrees to distribute the settlement proceeds to Plaintiffs.

9. The Parties understand and agree that this Stipulation and Order contains the entire agreement between them and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the Parties or their counsel that are not included herein shall be of any force or effect.

10. It is contemplated that this Stipulation and Order may be executed in several counterparts, with a separate signature page for each party. All such counterparts and signature pages, together, shall be deemed to be one document.

[REMAINDER OF PAGE LEFT BLANK]

SO STIPULATED AND AGREED TO BY:

Dated: April /2, 2021
New York, New York

By: _____
JOEL BERGER
675 Third Avenue, 8th Floor
New York, New York 10017
Tel.: (212) 687-1425
E-mail: joelberger1955@yahoo.com
*Attorney for Plaintiffs*

Dated: April 12, 2021
Bronx, New York

By: _____
KATHERINE TAVAREZ
*Plaintiff*

Dated: April 12, 2021
Bronx, New York

By: _____
ROBERT BATISTA CAMPUSANO
*Plaintiff*

Dated: April 12, 2021
New York, New York

AUDREY STRAUSS
United States Attorney
Southern District of New York
*Attorney for Defendants*

By: _____
JESSICA F. ROSENBAUM
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2777
E-mail: jessica.rosenbaum@usdoj.gov

5

SO ORDERED.

Dated: April 12, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge